IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>APPROXIMATELY 24,682.49 TETHER SEIZED FROM BINANCE ACCOUNT ENDING IN 8938 ON OR ABOUT JULY 29, 2025,<br><br>    Defendant *In Rem*. | No.: |

**UNITED STATES OF AMERICA'S MOTION TO RESTRICT**

TO THE HONORABLE COURT:

COMES NOW, the United States files this Motion to Restrict in compliance with the Court's Standing Order No. 9, dated January 30, 2013, and requests that the Unsworn Declaration incorporated in the Verified Complaint for Forfeiture *In Rem* be filed Ex- Parte, as it contains sensitive information that should remain confidential and under that restriction level until further order of the Court.

1

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 11th day of December 2025.

                        W. Stephen Muldrow
                        United States Attorney

                        *s/Daniel J. Olinghouse*
                        Daniel J. Olinghouse
                        Assistant United States Attorney
                        USDC-PR No. G03009
                        Torre Chardón, Suite 1201
                        350 Carlos Chardón Street
                        San Juan, Puerto Rico 00918
                        (787) 766-5656
                        Daniel.Olinghouse2@usdoj.gov