IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY 24,682.49 TETHER SEIZED FROM BINANCE ACCOUNT ENDING IN 8938 ON OR ABOUT JULY 29, 2025,<br><br>    Defendant *In Rem*. | No.: |

**MOTION REQUESTING ISSUANCE OF WARRANT
OF ARREST *IN REM* UNDER SUPPLEMENTAL RULE G(3)(B)(i)**

TO THE HONORABLE COURT:

COMES NOW, the United States of America, in support of its request for a warrant of arrest *In Rem*, respectfully states as follows:

1. Plaintiff has commenced a forfeiture action against the Defendant *In Rem* pursuant to 18 U.S.C. § 981(a)(1)(A) and (a)(1)(C).

2. The Defendant *In Rem* is in the possession, custody, and control of the United States.

3. Pursuant to Supplemental Rule G(3)(b)(i) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, "the clerk must issue a warrant to arrest the property if it is in the government's possession, custody, or control."

4.      Pursuant to Supplemental Rule G(3)(c), that the warrant of arrest *In Rem* must be delivered to a person or organization authorized to execute it.

WHEREFORE, the United States of America respectfully requests that the Clerk of Court issue a warrant of arrest *In Rem* for the Defendant *In Rem*.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 11th day of December 2025.

        W. Stephen Muldrow
        United States Attorney

        *s/Daniel J. Olinghouse*
        Daniel J. Olinghouse
        Assistant United States Attorney
        USDC-PR No. G03009
        Torre Chardón, Suite 1201
        350 Carlos Chardón Street
        San Juan, Puerto Rico 00918
        (787) 766-5656
        Daniel.Olinghouse2@usdoj.gov