IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY 24,682.49 TETHER SEIZED FROM BINANCE ACCOUNT ENDING IN 8938 ON OR ABOUT JULY 29, 2025,<br><br>    Defendant *In Rem*. | No.: |

**MOTION TO STAY UNDER 18 U.S.C. § 981(g)**

TO THE HONORABLE COURT:

COMES NOW, the United States of America, in support of its Motion to Stay, respectfully states as follows:

1. The United States has filed against the Defendant *In Rem* a Verified Complaint for Forfeiture *In Rem* seeking forfeiture under 18 U.S.C. § 981(a)(1)(A) and (a)(1)(C).

2. Civil discovery in this matter will adversely affect the prosecution of a related criminal case, that is, *United States v. Michael Shannon-Sims et al.*, No. 25-cr-284 (RAM).

3. 18 U.S.C. § 981(g)(1) states: "Upon the motion of the United States, the Court shall stay the civil forfeiture proceedings if the court determines that civil

1

discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case."

4. In addition, § 981(g)(5) provides that the United States may, in support of its motion for a stay, "submit evidence ex-parte in order to avoid disclosing any matter that may adversely affect an ongoing criminal investigation."

5. The United States requests a stay to allow the criminal case to proceed free of the adverse effect of discovery, evidentiary hearings, or other proceedings in this action.

6. Accordingly, the United States respectfully requests that the Court stay this action pending the conclusion of the criminal investigation, or until further order of the Court.

WHEREFORE, the United States respectfully requests that the Court stay this action pending the conclusion of the criminal case, or until further order of the Court.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 11th day of December 2025.

W. STEPHEN MULDROW
United States Attorney

*s/Daniel J. Olinghouse*
Daniel J. Olinghouse
Assistant United States Attorney
USDC-PR No. G03009
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
(787) 766-5656
Daniel.Olinghouse2@usdoj.gov